United States Courts
Southern District of Texas
**FILED**
09/02/2020
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
**ENTERED**
September 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-3081 |
|---|---|---|---|

| Bay Area Unitarian Universalist Church; Drink Houston Better, LLC d/b/a Antidote Coffee; Perk You Later, LLC |
|---|
| *versus* |
| Ken Paxton, in his official capacity; Kim Ogg, in her official capacity; Vince Ryan, in his official capacity; Ed Gonzalez, in his official capacity; Pete Bacon, in his official capacity; Art Acevedo, in his official capacity; Kim Lemaux, in her official capacity |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Alla Lefkowitz<br>Everytown Law<br>450 Lexington Avenue, P.O. Box #4184<br>New York, N.Y. 10017<br>(646) 324-8365; alefkowitz@everytown.org<br>New York; 4923363<br>Also admitted: E.D. Wis., S.D.N.Y., U.S. Court of Appeals 2nd Circuit, District of Columbia Bar (inactive) |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Bay Area Unitarian Universalist Church; Drink Houston Better, LLC d/b/a Antidote Coffee; Perk You Later, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/2/2020 | Signed: | /s/ Alla Lefkowitz |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: September 03, 2020 | Clerk's signature   *H. Lerma* |

## Order

Dated: September 3, 2020

This lawyer is admitted *pro hac vice*.

_____
United States District Judge