Case 4:20-cv-03081   Document 10   Filed on 09/02/20 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
FILED
09/02/2020
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
September 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-3081 |
|---|---|---|---|

| BAY AREA UNITARIAN UNIVERSALIST CHURCH; DRINK HOUSTON BETTER, LLC d/b/a ANTIDOTE COFFEE; PERK YOU LATER, LLC, |
|---|
| *versus* |
| KEN PAXTON, Attorney General for the State of Texas, in his official capacity; KIM OGG, District Attorney for Harris County, in her official capacity; VINCE RYAN, County Attorney for Harris County, in his official capacity; ED GONZALEZ, County Sheriff for Harris County, in his official capacity; PETE BACON, Acting Chief of Police for the Webster Police Department, in his official capacity; ART ACEVEDO, Chief of the Houston Police Department, in his official capacity; KIM LEMAUX, Presiding Officer for the Texas Commission on Law Enforcement, in her official capacity. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen J. Petrany<br>Jones Day<br>51 Louisiana Ave NW, Washington DC, 22202<br>202-879-3614; spetrany@jonesday.com<br>District of Columbia: 1032034<br>Also admitted: Pennsylvania: 318495; United States Courts of Appeals for the Second and Seventh Circuits |
|---|---|

| Name of party applicant seeks to appear for: | BAY AREA UNITARIAN UNIVERSALIST CHURCH; DRINK HOUSTON BETTER, LLC d/b/a ANTIDOTE COFFEE; PERK YOU LATER, LLC, |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/2/2020 | Signed: | /s/ Stephen J. Petrany |
|---|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: September 03, 2020   Clerk's signature   *H. Lerma* |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: September 3, 2020

_____
United States District Judge