

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

| | |
|---|---|
| **TODD DICKERSON** | PHONE: (512) 475-4082 |
| Assistant Attorney General | FAX: (512) 320-0667 |
| General Litigation Division | EMAIL: Todd.Dickerson@oag.texas.gov |

April 23, 2021

*Via ECF*

The Honorable Judge Vanessa D. Gilmore
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Re: *Bay Area Unitarian Universalist Church et al. v. Ken Paxton et al., Case No. 4:20-cv-03081 (S.D. Tex.)*

Dear Judge Gilmore:

Please be advised that the undersigned counsel for Defendants, Ken Paxton and Kim Lemaux, will be on FMLA leave from on or around April 23, 2021 through on or around June 8, 2021. I respectfully request that no hearings, conferences, trial, other court appearances, or deadlines be scheduled during this period. I would also request that no discovery be propounded during this period.

Thank you for your courtesy and consideration in this matter.

Sincerely,

Todd Dickerson
Assistant Attorney General
General Litigation Division

**CC:** *Via Email and ECF*

William R. Taylor
Peter C Canfield
Charlotte H Taylor
Stephen J. Petrany
pcanfield@jonesday.com
wrtaylor@jonesday.com
ctaylor@jonesday.com
spetrany@jonesday.com
Alla Lefkowitz
alefkowitz@everytown.org