IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAY AREA UNITARIAN UNIVERSALIST CHURCH, et al., <br><br> *Plaintiffs*, <br> v. <br><br> KEN PAXTON, Attorney General for the State of Texas, in his official capacity, et al., <br><br> *Defendants*. | CIVIL ACTION NO. 4:20-cv-3081 |

## PLAINTIFFS' NOTICE OF NEW LAW

Plaintiffs Bay Area Unitarian Universalist Church, Drink Houston Better, LLC d/b/a Antidote Coffee, and Perk You Later, LLC ("Plaintiffs") hereby notify the Court of Texas House Bill 1927, which was passed by the Texas legislature on June 16, 2021.[1] The new law, which becomes effective on September 1, 2021, allows certain individuals to carry firearms without a license, and it imposes additional signage requirements on property owners wishing to exclude unlicensed gun carriers. *See* House Bill 1927 § 17 (adding Tex. Penal Code § 30.05(d-3)). The new law does not repeal Section 30.06 or 30.07 of the Texas Penal Code, the statutes challenged in Plaintiffs' Complaint for Declaratory and Injunctive Relief.

---

[1] The text of the bill is available at: https://capitol.texas.gov/tlodocs/87R/billtext/html/HB01927E.htm.

Dated: July 29, 2021

Respectfully submitted,

/s/ *William R. Taylor*
William R. Taylor
Attorney-in-Charge
TX State Bar No. 24070727
wrtaylor@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone: +1.832.239.3860
Facsimile: +1.832.239.3600

Peter C. Canfield
*Admitted pro hac vice*
pcanfield@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
Telephone: +1.404.521.3939
Facsimile: +1.404.581.8330

Charlotte H. Taylor
Stephen J. Petrany
*Admitted pro hac vice*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ctaylor@jonesday.com

Alla Lefkowitz
Ryan Gerber
*Admitted pro hac vice*
EVERYTOWN LAW
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
Telephone: (646) 324-8365
alefkowitz@everytown.org
rgerber@everytown.org

*Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2021, I electronically filed a true and correct copy of the foregoing with the Clerk of the District Court of the Southern District of Texas by using the CM/ECF system, which will send notification to all participants in the case who are registered CM/ECF users.

*/s/ William R. Taylor*
William R. Taylor
