IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAY AREA UNITARIAN UNIVERSALIST CHURCH; et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> KEN PAXTON, Attorney General for the State of Texas, in his official capacity; et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) CIVIL ACTION NO. 4:20-cv-3081 ) ) ) ) ) ) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS KEN PAXTON AND KIM LEMAUX

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby give notice of their dismissal with prejudice of all claims at issue in the above-captioned matter against Defendants Ken Paxton, Attorney General for the State of Texas, in his official capacity, and Kim Lemaux, Presiding Officer for the Texas Commission on Law Enforcement, in her official capacity.

Dated: September 24, 2021                                        Respectfully submitted,

/s/ *William R. Taylor*
William R. Taylor
Attorney-in-Charge
TX State Bar No. 24070727
SD TX Bar No. 1061206
wrtaylor@jonesday.com
JONES DAY
717 Texas, Suite 3300,
Houston, Texas 77002
Telephone: +1.832.239.3860
Facsimile: +1.832.239.3600

Peter C. Canfield
*Admitted pro hac vice*
pcanfield@jonesday.com
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309
Telephone: +1.404.521.3939

Charlotte H. Taylor
Stephen J. Petrany
*Admitted pro hac vice*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ctaylor@jonesday.com

Alla Lefkowitz
*Admitted pro hac vice*
EVERYTOWN LAW
P.O. Box 14780, Washington D.C. 20044
Telephone: (202) 545-3257, ext. 1007
alefkowitz@everytown.org

Ryan Gerber
*Admitted pro hac vice*
EVERYTOWN LAW
450 Lexington Avenue
P.O. Box 4184, New York, NY 10017
Telephone: (646) 324-8198
rgerber@everytown.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I electronically filed a true and correct copy of the foregoing with the Clerk of the District Court of the Southern District of Texas by using the CM/ECF system, which will send notification to all participants in the case who are registered CM/ECF users.

*/s/ William R. Taylor*
William R. Taylor
