# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |
|---|---|
| BAY AREA UNITARIAN UNIVERSALIST CHURCH; DRINK HOUSTON BETTER, LLC d/b/a ANTIDOTE COFFEE; PERK YOU LATER, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>KIM OGG, District Attorney for Harris County, in her official capacity; VINCE RYAN, County Attorney for Harris County, in his official capacity; ED GONZALEZ, County Sheriff for Harris County, in his official capacity; PETE BACON, Acting Chief of Police for the Webster Police Department, in his official capacity; TROY FINNER, Chief of the Houston Police Department, in his official capacity,<br><br>*Defendants*. | CIVIL ACTION NO. 4:20-cv-3081 |

## ORDER

Pending before this Court are Defendants' Motions to Certify Order for Interlocutory Appeal (ECF Nos. 84 and 86).

Upon consideration of the submissions of the parties, and for the reasons set forth in Plaintiffs' Consolidated Opposition to Defendants' Motions to Certify Order for Interlocutory Appeal, it is ORDERED that Defendants' Motions to Certify Order for Interlocutory Appeal are DENIED.

Signed Nov. 2, 2021

*[signature]*