UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-3081 |
|---|---|---|---|
| Bay Area Unitarian Universalist Church; Drink Houston Better, LLC d/b/a Antidote Coffee; Perk You Later, LLC ||||
| *versus* ||||
| Kim Ogg, in her official capacity; Vince Ryan, in his official capacity; Ed Gonzalez, in his official capacity; Pete Bacon, in his official capacity, Art Acevedo, in his official capacity ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Laura Keeley<br>Everytown Law<br>450 Lexington Ave.<br>P.O. Box #4184<br>New York, NY 10017<br>646-324-8499; lkeeley@everytown.org<br>California State Bar #330222; NY State Bar #5820758 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Plaintiffs Bay Area Unitarian Universalist Church; Drink Houston Better, LLC d/b/a Antidote Coffee; Perk You Later, LLC |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/15/2021 | Signed: | /s/ Laura Keeley |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:            Clerk's signature

**Order**            **This lawyer is admitted *pro hac vice*.**

Dated: _____            _____
                                         United States District Judge