IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BAY AREA UNITARIAN UNIVERSALIST CHURCH; DRINK HOUSTON BETTER, LLC d/b/a ANTIDOTE COFFEE; PERK YOU LATER, LLC,** | § § § § § § § § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO. 4:20-CV-3081** |
| **Plaintiffs** | | |
| v. | | |
| **KEN PAXTON,** Attorney General for the State of Texas, in his official capacity; **KIM OGG,** District Attorney for Harris County, in her official capacity; **VINCE RYAN,** County Attorney for Harris County, in his official capacity; **ED GONZALEZ,** County Sheriff for Harris County, in his official capacity; **PETE BACON,** Acting Chief of Police for the Webster Police Department, in his official capacity; **ART ACEVEDO,** Chief of the Houston Police Department, in his official capacity; **KIM LEMAUX,** Presiding Officer for the Texas Commission on Law Enforcement, in her official capacity, | | |
| **Defendants** | | |

## DEFENDANT CITY OF HOUSTON'S NOTICE OF INITIAL DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant CITY OF HOUSTON, sued through Art Acevedo, Chief of Police for the Houston Police Department, in his official capacity, hereby gives notice that on the 15th day of December 2021, the following were served on all parties and counsel of record in accordance with the Federal Rules of Civil Procedure:

1. Art Acevedo Chief of Police/City of Houston's Initial Disclosures with attachments bates numbered COH_BAY AREA_000001 through 000044.

        Respectfully submitted,

        ARTURO MICHEL
        City Attorney

        KELLY DEMPSEY
        Section Chief, Torts/Civil Rights

Date: December 16, 2021.    By:    */s/ Melissa Azadeh*
        MELISSA AZADEH
        Senior Assistant City Attorney
        Texas Bar No. 24064851
        Tel. (832) 393-6270
        Melissa.Azadeh@houstontx.gov

        City of Houston Legal Department
        P.O. Box 368
        Houston, Texas 77002-0368
        Main: (832) 393-6491
        Fax: (832) 393-6259

        **ATTORNEYS FOR DEFENDANT**
        **CITY OF HOUSTON**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of December 2021, a true and correct copy of the foregoing document was duly served upon each party to this cause by electronically filing same with the District CM/ECF system, and/or alternatively by e-mail or facsimile transmission, to the following:

William R. Taylor
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
wrtaylor@jonesday.com

Peter C. Canfield
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309
pcanfield@jonesday.com

Charlotte H. Taylor
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
ctaylor@jonesday.com

Alla Lefkowitz
Everytown Law
P.O. Box 1478
Washington, D.C. 20044
alefkowitz@everytown.org

Ryan Gerber
Everytown Law
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
rgerber@everytown.org

*Attorneys for Plaintiffs*

Moustapha Gassama
moustapha.gassama@cao.hctx.net
Christina Beeler
christina.beeler@cao.hctx.net
Harris County Attorney's Office
1019 Congress, 15th floor
Houston, TX 77002

*Attorneys for Defendants, Harris Co. DA Kim Ogg, County Attorney Vince Ryan, County Sheriff Ed Gonzalez*

William Helfand
Bill.Helfand@lewisbrisbois.com
Sean Braun
Sean.Braun@lewisbrisbois.com
Lewis Brisbois
24 Greenway Plaza, Suite 1400
Houston, TX 77046

*Attorneys for Defendants, City of Webster through Acting Chief Peter Bacon*

                                              */s/ Melissa Azadeh*
                                              Melissa Azadeh