UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAY AREA UNITARIAN UNIVERSALIST, CHURCH, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> KIM OGG, ET AL., <br><br> *Defendants*. | §§§§§§§§§§§ CIVIL ACTION 4:20-CV-3081 |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT CHRISTIAN MENEFEE, HARRIS COUNTY ATTORNEY, IN HIS OFFICIAL CAPACITY WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Bay Area Unitarian Universalist Church, Drink Houston Better, LLC d/b/a Antidote Coffee, and Perk You Later, LLC, and Defendants Kim Ogg, District Attorney for Harris County, in her official capacity, Ed Gonzalez, County Sheriff for Harris County, in his official capacity, Pete Bacon, Acting Chief of Police for the Webster Police Department in his official capacity, and Troy Finner, Chief of the Houston Police Department in his official capacity, through undersigned counsel, jointly file this stipulation of dismissal as to defendant Christian Menefee,[1] Harris County Attorney, in his official capacity. Harris County Attorney Christian Menefee is hereby dismissed from this case with prejudice.

---

[1] At the time of this lawsuits' filing, Vince Ryan was the County Attorney of Harris County. Christian Menefee has been substituted by the parties in accordance with Federal Rule of Civil Procedure 25(d).

Dated: December 27, 2021

Respectfully submitted,

/s/ William R. Taylor
William R. Taylor
TX State Bar No. 24070727
wrtaylor@jonesday.com
JONES DAY
717 Texas Street
Suite 3300
Houston, Texas 77002
Telephone: 832-239-3860
Facsimile: 832-239-3600

Peter C. Canfield
Admitted *pro hac vice*
pcanfield@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309
Telephone: 404-521-3939
Facsimile: 404-581-8330

Charlotte H. Taylor
Admitted *pro hac vice*
ctaylor@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: 202-879-3939
Facsimile: 202-626-1700

Alla Lefkowitz
Admitted *pro hac vice*
Andrew Nellis
*Pro hac vice* forthcoming
EVERYTOWN LAW
P.O. Box 14780
Washington, DC 20044
Telephone: 202-545-3257, ext. 1007
aefkowitz@everytown.org
anellis@everytown.org

Ryan Gerber
Admitted *pro hac vice*
Laura Keeley
*Pro hac vice* forthcoming
EVERYTOWN LAW
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
Telephone: 646-324-8365
rgerber@everytown.org
lkeeley@everytown.org
*Attorneys for Plaintiffs*

**CHRISTIAN D. MENEFEE**
Harris County Attorney

**JONATHAN G. C. FOMBONNE**
First Assistant County Attorney

**TIFFANY S. BINGHAM**
Managing Counsel

/s/ Christina M. Beeler
Christina M. Beeler
TX State Bar No. 24096124
S.D. Tex. Bar No. 3695627
christina.beeler@cao.hctx.net
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: 713.274.5345
Moustapha Gassama
TX State Bar No. 24083058
S.D. Tex. Bar No. 3588433
moustapha.gassama@cao.hctx.net
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: 713.274.5326

**Counsel for Defendants Harris County Officials**

/s/ William Scott Helfand
William Scott Helfand
Texas Bar No.: 09388250
Sean Benjamin O'Neal Braun
Texas Bar No. 24088907

S.D. Tex. Bar No. 2210748  
Lewis Brisbois Bisgaard Smith LLP  
24 Greenway Plaza  
Ste 1400  
Houston, TX 77046  
713-659-6767  
Fax: 713-759-6830  
bill.helfand@lewisbrisbois.com  
Sean.Braun@lewisbrisbois.com  

***Counsel for Pete Bacon***

/s/ Melissa Azadeh  
Melissa Azadeh  
Senior Assistant City Attorney  
Tex. Bar No. 24064851  
900 Bagby Street, 4th Floor  
Houston, Texas 77002  
832-393-6270 (telephone)  
832-393-6259 (facsimile)  
melissa.azadeh@houstontx.gov  

***Counsel for Troy Finner***