# EXHIBIT 1

# Jones, Shirley - LGL

| | |
|---|---|
| **From:** | Ryan Gerber <rgerber@everytown.org> |
| **Sent:** | Friday, December 10, 2021 3:01 PM |
| **To:** | Helfand, Bill; Britton, Tiffany; Azadeh, Melissa - LGL; Braun, Sean; Pfeiffer, Justin; Jones, Shirley - LGL |
| **Cc:** | Taylor, William R.; Ferraro, Calland M.; Alla Lefkowitz; Andrew Nellis; Taylor, Charlotte H.; Laura Keeley; Beeler, Christina (CAO); Gassama, Moustapha (CAO) |
| **Subject:** | Bay Area Unitarian Universalist Church et al v. Ogg et al, 4:20-cv-03081--Menefee Dismissal |
| **Attachments:** | 2021.12.10 Stipulation of Dismissal .docx |

[Message Came from Outside the City of Houston Mail System]

All,

The Plaintiffs have agreed to dismiss Christian Menefee because, upon further research, he does not prosecute misdemeanor offenses, but is only involved in civil cases. Because he has answered the complaint, a "stipulation of dismissal signed by all parties who have appeared" is required for this dismissal. FRCP 41(a)(1)(A)(ii).

Do you agree to sign the stipulation of dismissal attached? If not, Plaintiffs will move under FRCP 41(a)(2).

Thanks,
Ryan
--

**RYAN GERBER** | COUNSEL
RGERBER@EVERYTOWN.ORG | (646) 324-8198

EVERYTOWN LAW

This electronic message transmission contains information from the Everytown Law which may be confidential or privileged. If you are not the intended recipient, please be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately.