**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BAY AREA UNITARIAN UNIVERSALIST CHURCH, DRINK HOUSTON BETTER, LLC d/b/a ANTIDOTE COFFEE, PERK YOU LATER, LLC, | ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 4:20-CV-03081 |
| KIM OGG, District Attorney for Harris County, in her Official Capacity, ED GONZALEZ, County Sheriff for Harris County, in his official capacity; PETE BACON, Acting Chief of Police for the Webster Police Department, in his official capacity; TROY FINNER, Chief of the Houston Police Department, in his official capacity, | ) ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

**DEFENDANTS' DESIGNATION OF EXPERT WITNESSES**

Defendants, Kim Ogg, District Attorney for Harris County, in her Official Capacity and Ed Gonzales, County Sheriff for Harris County, in his official capacity file this Designation of Expert Witnesses as follows:

(1)     Mike Lee- Assistant Chief
        Harris County Sheriff's Office
        1200 Baker Street
        Houston, Texas 77002
        (346) 286-1603

Assistant Chief Lee joined the Harris County Sheriff's Office in 2017 after 27 years of service at the Houston Police Department. His current assignments include commanding five patrol districts, the Patrol Support Services Bureau, the Criminal Investigations

1

Bureau, the Homeland Security Bureau, the Administrative Services Bureau, and the Professional Standards Bureau.  Chief Lee may offer expert testimony concerning policing, arrests, penal code violations, and law enforcement policies and practices within Harris County, Texas.

(2)    Michelle Wilhelm- Assistant District Attorney

Harris County District Attorney's Office- Intake Division

1201 Franklin, Suite 600

Houston, Texas 77002

(713) 274-5800

Michelle Wilhelm began her career at the Harris County Attorney's Office as in Intern in the Special Crimes Division- Consumer Fraud in 1988. In 1991 she became an Assistant District Attorney where she has since worked in Trial Bureau, Child Abuse Division and currently the Intake Division. Ms. Wilhelm may offer expert testimony related to prosecution of crimes and policies and procedures related to intake of criminal cases in Harris County, Texas.

(3)    Courtney Carlson- Assistant County Attorney

Harris County Attorney's Office

1019 Congress, 15th Floor

Houston, Texas 77002

(713) 755-5101

Courtney Carlson has been employed with Harris County Attorney's Office since 2021. Ms. Carlson has more than 10 years of experience in appellate and civil litigation and previously clerked with the Texas Supreme Court. She may offer expert testimony on the attorney's fees, including the reasonableness of hourly rates and work performed and costs expended in this case.

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G.C. FOMBONNE**
FIRST ASSISTANT HARRIS COUNTY ATTORNEY

*/s/ Heena Kepadia*
**HEENA KEPADIA**
Assistant Harris County Attorney
State Bar No. 24110080
SDTX No. 3766188
*Heena.Kepadia@harriscountytx.gov*


**OFFICE OF THE HARRIS COUNTY
ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

**ATTORNEY FOR DEFENDANTS KIM
OGG AND ED GONZALEZ**

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of August, 2022, a true and correct copy of the foregoing document was delivered to all counsel of record via the Court's CM/ECF system and served by electronic notice to all parties of record.

*/s/ Heena Kepadia*
Heena Kepadia