IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAY AREA UNITARIAN UNIVERSALIST CHURCH; DRINK HOUSTON BETTER, LLC d/b/a ANTIDOTE COFFEE; PERK YOU LATER, LLC, <br><br>*Plaintiffs*, <br>v. <br><br>KIM OGG, District Attorney for Harris County, in her official capacity; ED GONZALEZ, County Sheriff for Harris County, in his official capacity; PETE BACON, Chief of Police for the Webster Police Department, in his official capacity; TROY FINNER, Chief of the Houston Police Department, in his official capacity, <br><br>*Defendants*. | CIVIL ACTION NO. 4:20-cv-3081 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Calland M. Ferraro hereby withdraws as counsel for Plaintiffs Bay Area Unitarian Universalist Church, Drink Houston Better, LLC d/b/a Antidote Coffee, and Perk You Later, LLC ("Plaintiffs"). William R. Taylor will remain Attorney-In-Charge for Plaintiffs.

Case 4:20-cv-03081   Document 172   Filed on 12/19/22 in TXSD   Page 2 of 3

Dated: December 19, 2022

Respectfully submitted,

/s/ *William R. Taylor*
William R. Taylor (Attorney-In-Charge)
TX State Bar No. 24070727
S.D. Tex. Bar No. 1061206
wrtaylor@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone: +1.832.239.3860
Facsimile: +1.832.239.3600

Peter C. Canfield
Admitted *pro hac vice*
pcanfield@jonesday.com
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA  30309
Telephone: +1.404.521.3939
Facsimile: +1.404.581.8330

Charlotte H. Taylor
Admitted *pro hac vice*
ctaylor@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700

Alla Lefkowitz
Admitted *pro hac vice*
Andrew Nellis
Admitted *pro hac vice*
EVERYTOWN LAW
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
Telephone: +1.646.324.8365
alefkowitz@everytown.org
anellis@everytown.org

Ryan Gerber
Admitted *pro hac vice*
Laura Keeley

- 2 -

        Admitted *pro hac vice*
        EVERYTOWN LAW
        450 Lexington Avenue
        P.O. Box 4184
        New York, NY 10017
        Telephone: (646) 324-8198
        rgerber@everytown.org
        lkeeley@everytown.org

        *Attorneys for Plaintiffs*