**In the United States District Court
for the Southern District of Texas
Houston Division**

| | |
|---|---|
| **Bay Area Unitarian Universalist Church, *et al.*,** | |
| Plaintiffs, | **Civil Action No. 4:20-CV-03081** |
| v. | |
| **Ken Paxton, Attorney General for the State of Texas, in his official capacity, *et al.*,** | Jury Demanded |
| Defendants. | |

**Remaining Parties' joint motion to stay the joint pretrial order filing deadline and for docket call and trial pending resolution of Responding Parties' dispositive motions**

Defendants, City of Webster, sued through its Chief of Police, Pete Bacon in his official capacity, Harris County, sued through its elected Sheriff, Ed Gonzalez in his official capacity, the Harris County District Attorney's Office, sued through its elected District Attorney, Kim Ogg in her official capacity, and Plaintiffs Bay Area Unitarian Universalist Church, Drink Houston Better, LLC d/b/a Antidote Coffee, and Perk You Later, LLC (collectively, "Remaining Parties"), jointly move the Court to stay the deadline to file the joint pretrial order and for docket call and trial, pending the Court's ruling on the parties' dispositive motions.

1

## Certificate of Conference

1.      This is a joint motion made by all remaining parties.[1]

## Argument and Authorities

2.      On September 2, 2020, Plaintiffs Bay Area Unitarian Universalist Church, Drink Houston Better, LLC d/b/a Antidote Coffee, and Perk You Later, LLC, filed suit against numerous state, county, and municipal defendants seeking declaratory and injunctive relief challenging the constitutionality and enforcement of certain aspects of Texas Penal Code § 30.06 (Concealed Carry Trespass Law) and § 30.07 (Open Carry Trespass Law). [Doc. 1].

3.      On October 31, 2022, Plaintiffs filed a motion to modify the scheduling order and for leave to amend Plaintiffs' complaint. [Doc. 150].

4.      The Remaining Parties filed the following motions on November 1, 2022, which are fully briefed and remain pending:

(a) Plaintiffs' motion for summary judgment [Doc. 155];

(b) Harris County's and the Harris County District Attorney's Office Rule 12(c) motion for judgment on the pleadings [Doc. 152];

(c) Webster's Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction, or in the alternative, motion for summary judgment [Doc. 156]; and

(d) Webster's motion to exclude, or alternatively limit, testimony of Plaintiffs' expert Dawn Jourdan [Doc. 157].

---

[1]  Counsel conferred with counsel for dismissed party City of Houston police chief Troy Finner. Chief Finner does not oppose the relief sought in this motion.

5.      The scheduling order presently requires the parties to attend a docket call on Friday, February 3, 2023, at 4:00 p.m.  [Doc. 126].[2]

6.      Under Rule 16(b)(4), the Court may modify its scheduling order for good cause. *Cf., Squyres v. Heico Cos*., LLC, 782 F.3d 224, 237 (5th Cir. 2015). Because the Court's disposition of the parties' dispositive motions will impact both whether there will be a trial as well as the parties, claims, and defenses remaining for trial, if any, judicial economy would be served by the Court continuing the deadline to file the joint pretrial order and for docket call and trial pending the Court's rulings on the parties' dispositive motions.

## Conclusion

7.      For the foregoing reasons, the Court should grant the joint motion to stay the deadline to file the joint pretrial order and for docket call and trial, pending the Court's rulings on the parties' dispositive motions.

Dated: January 26, 2023                       Respectfully submitted,


                                              */s/ William Taylor (with consent)*
                                              **William R. Taylor**
                                              Attorney-in-Charge
                                              TX State Bar No. 24070727
                                              wrtaylor@jonesday.com
                                              JONES DAY
                                              717 Texas
                                              Suite 3300
                                              Houston, Texas 77002
                                              Telephone: +1.832.239.3860
                                              Facsimile: +1.832.239.3600
                                              **Attorney for Plaintiffs**

---

[2] The scheduling order set a joint pretrial order deadline for January 15, 2023, which the parties did not file due to the pendency of the numerous dispositive motions, the resolution of which would dictate what, if anything, the Court intends to try.

**AND**

**Lewis Brisbois Bisgaard & Smith, LLP**

*/ s / Justin C. Pfeiffer*
William S. Helfand
Attorney-In-Charge
Texas Bar No. 09388250
S.D. Tex. Bar No. 8791
Justin C. Pfeiffer
Texas Bar No. 24091473
S.D. Tex. Bar No. 2533035

Of Counsel:
**Lewis Brisbois Bisgaard & Smith, LLP**
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767
(713) 759-6830 (Fax)
**Attorneys for Defendant,**
**City of Webster Chief of Police Pete**
**Bacon**

**AND**

**Office of The Harris County Attorney**

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY
**JONATHAN G.C. FOMBONNE**
FIRST ASSISTANT HARRIS COUNTY
ATTORNEY
**TIFFANY S. BINGHAM**
MANAGING COUNSEL,
AFFIRMATIVE LITIGATION DIVISION

*/s/ Heena Kepadia (with consent)*
**HEENA KEPADIA**
Assistant Harris County Attorney
State Bar No. 24110080
Heena.Kepadia@harriscountytx.gov
**MATTHEW P. MILLER**
Assistant County Attorney
State Bar No. 24051959

4

5

Matthew.Miller@harriscountytx.gov
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

**Attorneys for Defendants,**
**Kim Ogg and Ed Gonzalez**

## Certificate of Service

I certify a true and correct copy of the foregoing has been served on all

counsel of record through the Court's electronic filing system on January 26, 2023.

/s/ *Justin C. Pfeiffer*
Justin C. Pfeiffer