# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BAY AREA UNITARIAN UNITARIAN UNIVERSALIST CHURCH, *et al.* | § § § § | |
| *Plaintiffs,* | § | |
| v. | § | Civil Action No. 4:20-cv-3081 |
| | § | |
| KEN PAXTON, Attorney General for the State of Texas, in his official capacity, *et al.* | § § § § | |
| *Defendants.* | § | |

## BILL OF COSTS ITEMIZATION

1. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case:

   a. Nell McCallum & Associates, Inc. invoice 236196 – Stacy Williams deposition June 2, 2022
   $485.93

   b. Nell McCallum & Associates, Inc. invoice 236194 – Scott Repass deposition June 2, 2022
   $469.06

   c. Nell McCallum & Associates, Inc. invoice 236191 – Dawn Callaway deposition June 1, 2022
   $671.65

   d. Cindi Bench Reporting invoice 22-006220-000 – Sharlene Rochen deposition March 23, 2022
   $340.16

   e. The Video Department invoice 22V1695L-1 – Mike Lee Deposition August 16, 2022
   $295.00

   f. Worldwide Court Reporters, Inc. invoice 150049 – Michael Lee deposition August 16, 2022
   $620.85

g.     Worldwide Court Reporters, Inc. invoice 150175 – Pete Bacon deposition August 29, 2022

$772.80

h.     Worldwide Court Reporters, Inc. invoice 150175 – Michelle Wilhelm deposition August 24, 2022

$573.25

i.     Worldwide Court Reporters, Inc. invoice 150175 – Isaac Duplechain deposition August 31, 2022

$325.00

**Grand total**      **$4,553.70**