# Exhibit 2



2615 Calder, Suite 111
Beaumont, Texas 77702
O: 409.838.0533 • F: 409.241.7181

718 Westcott Street
Houston, Texas 77007
O: 713.861.0203 • F: 713.861.2324

# INVOICE
1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 236196 | 6/9/2022 | 99900 |
| Job Date | | Case No. |
| 6/2/2022 | | 4:20-CV-3081 |
| | Case Name | |
| Bay Area Unitarian Universalist Church; et al vs. Ken Paxton, et al | | |
| | Payment Terms | |
| Due upon receipt | | |

Melissa Azadeh
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, TX 77002

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Stacy Yvette Williams | 44.00 | Pages | @ 4.950 | 217.80 |
| Exhibit | 13.00 | Pages | @ 0.500 | 6.50 |
| Condensed Transcript | 1.00 | | @ 15.000 | 15.00 |
| E-Transcript | 1.00 | | @ 25.000 | 25.00 |
| E-Filing Fee | 1.00 | | @ 15.000 | 15.00 |
| Administrative Fee | 1.00 | | @ 75.000 | 75.00 |
| UPS | 1.00 | | @ 15.000 | 15.00 |
| Certification Fee | 1.00 | | @ 30.000 | 30.00 |
| Transcript Minimum | 1.00 | | @ 86.630 | 86.63 |
| | | | **TOTAL DUE >>>** | **$485.93** |

Thank you. We appreciate your business.

---

Tax ID: 74-1989109

*Please detach bottom portion and return with payment.*

Melissa Azadeh
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, TX 77002

Job No. : 99900   BU ID : Bmt-Dep
Case No. : 4:20-CV-3081
Case Name : Bay Area Unitarian Universalist Church; et al vs. Ken Paxton, et al
Invoice No. : 236196   Invoice Date : 6/9/2022
Total Due : $485.93

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Neil McCallum & Associates, Inc.**
**2615 Calder Avenue, Suite 111**
**Beaumont, TX 77702**



2615 Calder, Suite 111
Beaumont, Texas 77702
O: 409.858.0555 • F: 409.241.7103

718 Westcott Street
Houston, Texas 77007
O: 713.861.0203 • F: 713.861.2324

# INVOICE  1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 236194 | 6/9/2022 | 99899 |
| Job Date | | Case No. |
| 6/2/2022 | | 4:20-CV-3081 |
| | Case Name | |
| Bay Area Unitarian Universalist Church; et al vs. Ken Paxton, et al | | |
| | Payment Terms | |
| Due upon receipt | | |

Melissa Azadeh
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, TX 77002

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    Scott Repass      34.00 Pages @ 4.950    168.30
        Exhibit      4.00 Pages @ 0.500    2.00
        Condensed Transcript      1.00 @ 15.000    15.00
        E-Transcript      1.00 @ 25.000    25.00
        E-Filing Fee      1.00 @ 15.000    15.00
        Administrative Fee      1.00 @ 75.000    75.00
        UPS      1.00 @ 15.000    15.00
        Certification Fee      1.00 @ 30.000    30.00
        Transcript Minimum      1.00 @ 123.760    123.76

**TOTAL DUE >>>**      $469.06

Thank you. We appreciate your business.

---

**Tax ID:** 74-1989109

*Please detach bottom portion and return with payment.*

Melissa Azadeh
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, TX 77002

Job No. : 99899    BU ID : Bmt-Dep
Case No. : 4:20-CV-3081
Case Name : Bay Area Unitarian Universalist Church; et al vs. Ken Paxton, et al
Invoice No. : 236194    Invoice Date : 6/9/2022
**Total Due :** $469.06

| PAYMENT WITH CREDIT CARD   AMEX   MC   VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:    Phone#: |
| Billing Address: |
| Zip:    Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To: **Nell McCallum & Associates, Inc.**
            **2615 Calder Avenue, Suite 111**
            **Beaumont, TX 77702**

# INVOICE



2615 Calder, Suite 111
Beaumont, Texas 77702
O: 409.838.0555 * F: 409.241.7101

718 Westcott Street
Houston, Texas 77007
O: 713.861.0203 * F: 713.861.2324

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 236191 | 6/9/2022 | 99898 |
| Job Date | | Case No. |
| 6/1/2022 | | 4:20-CV-3081 |
| | Case Name | |
| Bay Area Unitarian Universalist Church; et al vs. Ken Paxton, et al | | |
| | Payment Terms | |
| Due upon receipt | | |

Melissa Azadeh
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, TX 77002

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Dawn Callaway | | 97.00 Pages | @ 4.950 | 480.15 |
| Exhibit | | 31.00 Pages | @ 0.500 | 15.50 |
| Condensed Transcript | | 1.00 | @ 15.000 | 15.00 |
| E-Transcript | | 1.00 | @ 25.000 | 25.00 |
| E-Filing Fee | | 1.00 | @ 15.000 | 15.00 |
| Administrative Fee | | 1.00 | @ 75.000 | 75.00 |
| UPS | | 1.00 | @ 15.000 | 15.00 |
| Certification Fee | | 1.00 | @ 30.000 | 30.00 |
| Color Copies | | 1.00 | @ 1.000 | 1.00 |
| | TOTAL DUE >>> | | | $671.65 |

Thank you. We appreciate your business.

Tax ID: 74-1989109

*Please detach bottom portion and return with payment.*

Melissa Azadeh
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, TX 77002

Job No.      : 99898            BU ID       : Bmt-Dep
Case No.     : 4:20-CV-3081
Case Name    : Bay Area Unitarian Universalist Church; et al vs.
               Ken Paxton, et al
Invoice No.  : 236191           Invoice Date : 6/9/2022
Total Due    : $671.65

| PAYMENT WITH CREDIT CARD                 AMEX  MC  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:              Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |
| Email: |

Remit To: Nell McCallum & Associates, Inc.
          2615 Calder Avenue, Suite 111
          Beaumont, TX 77702

# INVOICE

CINDI BENCH REPORTING
CERTIFIED SHORTHAND REPORTERS
P.O. Box 16487
Sugar Land, Texas 77496-6487
281.565-8222     Toll Free: 877.896-9395
www.cindibenchreporting.com

April 6, 2022
Invoice No. 22-006220-000
Tax ID No. 26-0122736
Net 30 Days Due: 5/6/22

Physical Address:
10701 Corporate Dr., # 172
Stafford, Texas 77477

Ms. Melissa Azadeh
City of Houston
900 Bagby, 3rd Floor
Houston, Tx 77002

Re: Cause No.420cv03081; Bay Area Unitarian Universalist Church, et al vs. Pete Bacon, et al; USDC Houston Division; Southern District, Texas

Taken March 23, 2022
Oral and Video Deposition of: Sharlene Rochen – Copy   $ 340.16
$3.12x 93 pages
$50.00 (Admin fees)

---

Invoice No. 22-006220-000
Amount Enclosed $ 340.16
Bay Area v Bacon
Repts Deft City of Houston/COPolice
Depo of Sharlene Rochen
Attorney Melissa Azadeh

REMIT TO:

CINDI BENCH REPORTING
PO BOX 16487
SUGAR LAND, TX 77496-6487

PAYMENT WITH CREDIT CARD or Zelle at (cindibench@gmail.com)

Cardholder's Name: _____

CC No. _____

Exp. Date: _____ Amount charged _____

Billing Address: _____
City: _____ State: _____ Zip: _____
Phone #: _____
Amount to Charge: $ _____
Cardholder Signature: _____



**The Video Department**

Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@tvdvideo.com
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2022 | 22V1695L-1 |

| Bill To |
|---|
| City of Houston Legal Department |
| Ms. Shirley Jones |
| 900 Bagby, 4th Floor |
| Houston, Texas 77002 |

| Terms | Due Date |
|---|---|
| Due on receipt | 8/16/2022 |

| Description | Amount |
|---|---|
| BAY AREA UNITARIAN UNIVERSALIST CHURCH vs. KEN PAXTON, et al | |
| Video Files of MIKE LEE taken on 8-16-22 (RUSH REQUESTED) | 295.00 |
| Digital Delivery via Sharefile | |

We accept Visa, Master Card, American Express & Discover. Thank you for your business.

| | |
|---|---|
| **Total** | $295.00 |
| **Payments/Credits** | $0.00 |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
T: (713)572-2000  F: (713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150049 | 8/31/2022 | 72295 |
| Job Date | Case No. | |
| 8/16/2022 | 4:20-CV-3081 | |
| Case Name | | |
| Bay Area Unitarian Universalist Church Vs. Kim Ogg, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Melissa Azadeh
CITY OF HOUSTON
P.O. Box 368
Houston, TX 77002

1 COPY OF THE DEPOSITION OF:

| | | | | |
|---|---|---|---|---|
| Michael Andrew Lee | 76.00 Pages | @ | 3.750 | 285.00 |
| Video Surcharge - Copy | 76.00 | @ | 0.300 | 22.80 |
| Admin Fee | 1.00 | @ | 95.000 | 95.00 |
| Electronic Exhibit | 53.00 | @ | 0.550 | 29.15 |
| Electronic Color Exhibits | 162.00 | @ | 0.950 | 153.90 |
| Exhibit Processing/OCR | 215.00 | @ | 0.250 | 53.75 |
| E-Transcript | 1.00 | @ | 35.000 | 35.00 |
| Remote Set Up Fee | 1.00 | @ | 25.000 | 25.00 |

TOTAL DUE   >>>                                                    $699.60

Thank you for your business.

*Invoice is due upon receipt and is not contingent upon your client's payment*

(-) Payments/Credits:       78.75
(+) Finance Charges/Debits:  0.00
(=) New Balance:          $620.85

Tax ID: 74-2175895

*Please detach bottom portion and return with payment.*

Job No.    : 72295              BU ID    : 1-HOU
Case No.   : 4:20-CV-3081
Melissa Azadeh                  Case Name : Bay Area Unitarian Universalist Church Vs. Kim Ogg, et al
CITY OF HOUSTON
P.O. Box 368                    Invoice No. : 150049    Invoice Date : 8/31/2022
Houston, TX 77002               Total Due  : $620.85

Remit To: Worldwide Court Reporters, Inc.
          3000 Weslayan, Suite 235
          Houston, TX 77027

**PAYMENT WITH CREDIT CARD**   AMEX  VISA
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 1

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
T: (713)572-2000  F: (713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150175 | 9/9/2022 | 72449 |
| Job Date | Case No. | |
| 8/29/2022 | 4:20-CV-3081 | |
| Case Name | | |
| Bay Area Unitarian Universalist Church Vs. Kim Ogg, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Melissa Azadeh
CITY OF HOUSTON
P.O. Box 368
Houston, TX 77002

1 COPY OF THE DEPOSITION OF:
    Pete Bacon

| | | | | |
|---|---|---|---|---|
| | 108.00 | Pages @ | 3.750 | 405.00 |
| Video Surcharge - Copy | 108.00 | @ | 0.300 | 32.40 |
| Admin Fee | 1.00 | @ | 95.000 | 95.00 |
| Electronic Exhibit | 185.00 | @ | 0.550 | 101.75 |
| Electronic Color Exhibits | 77.00 | @ | 0.950 | 73.15 |
| Exhibit Processing/OCR | 262.00 | @ | 0.250 | 65.50 |

**TOTAL DUE >>>**  $772.80

Thank you for your business.

*Invoice is due upon receipt and is not contingent upon your client's payment*

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:  $772.80

---

Tax ID: 74-2175895

*Please detach bottom portion and return with payment.*

Melissa Azadeh
CITY OF HOUSTON
P.O. Box 368
Houston, TX 77002

Job No.      : 72449           BU ID      : 1-HOU
Case No.     : 4:20-CV-3081
Case Name    : Bay Area Unitarian Universalist Church Vs. Kim Ogg, et al
Invoice No.  : 150175          Invoice Date : 9/9/2022
Total Due    : $772.80

Remit To: Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
T: (713)572-2000  F: (713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150171 | 9/9/2022 | 72296 |
| Job Date | Case No. | |
| 8/24/2022 | 4:20-CV-3081 | |
| Case Name | | |
| Bay Area Unitarian Universalist Church Vs. Kim Ogg, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Melissa Azadeh
CITY OF HOUSTON
P.O. Box 368
Houston, TX 77002

1 COPY OF THE DEPOSITION OF:
    Michelle Wilhelm      94.00 Pages @ 3.750   352.50
        Video Surcharge - Copy    94.00 @ 0.300   28.20
        Admin Fee    1.00 @ 95.000   95.00
        Electronic Exhibit    53.00 @ 0.550   29.15
        Electronic Color Exhibits    72.00 @ 0.950   68.40

TOTAL DUE >>>     $573.25

*Melissa Azadeh* (signature)

Thank you for your business.

*Invoice is due upon receipt and is not contingent upon your client's payment*

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:    $573.25

---

Tax ID: 74-2175895

*Please detach bottom portion and return with payment.*

Melissa Azadeh
CITY OF HOUSTON
P.O. Box 368
Houston, TX 77002

Job No. : 72296     BU ID : 1-HOU
Case No. : 4:20-CV-3081
Case Name : Bay Area Unitarian Universalist Church Vs. Kim Ogg, et al
Invoice No. : 150171     Invoice Date : 9/9/2022
Total Due : $573.25

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston, TX 77027**

**PAYMENT WITH CREDIT CARD**    AMEX   MC   VISA

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# TVD
## The Video Department

Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@tvdvideo.com
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|---|---|
| 10/5/2022 | 22V1841L-1 |

| Bill To |
|---|
| City of Houston Legal Department<br>Ms. Melissa Azadeh<br>900 Bagby, 4th Floor<br>Houston, Texas 77002 |

| Terms | Due Date |
|---|---|
| Due on receipt | 10/5/2022 |

| Description | Amount |
|---|---|
| BAY AREA UNITARIAN UNIVERSITY CHURCH, et al vs. KIM OGDEN, et al | |
| Digitized Video Files of ISAAC J. DUPLECHAIN taken 8-31-22 (ZOOM) | 300.00 |
| Digital Delivery via Sharefile | 25.00 |

We accept Visa, Master Card, American Express & Discover. Thank you for your business.

**Total** $325.00

**Payments/Credits** $0.00