IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAY AREA UNITARIAN UNIVERSALIST CHURCH; DRINK HOUSTON BETTER, LLC d/b/a ANTIDOTE COFFEE; PERK YOU LATER, LLC, <br><br>    *Plaintiffs*, <br>   v. <br><br> KIM OGG, District Attorney for Harris County, in her official capacity; ED GONZALEZ, County Sheriff for Harris County, in his official capacity; PETE BACON, Chief of Police for the Webster Police Department, in his official capacity; TROY FINNER, Chief of the Houston Police Department, in his official capacity, <br><br>    *Defendants*. | CIVIL ACTION NO. 4:20-cv-3081 |

## NOTICE OF APPEAL

Notice is hereby given that Bay Area Unitarian Universalist Church, Drink Houston Better, LLC d/b/a Antidote Coffee, and Perk You Later, LLC, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on March 16, 2023 (Docket Entry No. 176), and from all adverse orders, opinions, decisions and rulings in this action underlying that judgment, including the Order granting Defendant Finner's Rule 12(c) motion for judgment on the pleadings, entered on September 29, 2022 (Docket Entry No. 146), and the Order denying Plaintiffs' motion for leave to file an amended complaint, granting the Harris County Officials' Rule 12(c) motion for judgment on the pleadings,

and granting Defendant Pete Bacon's motion to dismiss for lack of subject matter jurisdiction, entered on March 16, 2023 (Docket Entry No. 175).

Dated: April 14, 2022

Respectfully submitted,

*/s/ William R. Taylor*
William R. Taylor (Attorney-In-Charge)
TX State Bar No. 24070727
S.D. Tex. Bar No. 1061206
wrtaylor@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone: +1.832.239.3860
Facsimile: +1.832.239.3600

Charlotte H. Taylor
Admitted *pro hac vice*
Lesley Roe
Admitted *pro hac vice*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ctaylor@jonesday.com
lroe@jonesday.com

Alla Lefkowitz
Admitted *pro hac vice*
Andrew Nellis
Admitted *pro hac vice*
EVERYTOWN LAW
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
Telephone: +1.646.324.8365
alefkowitz@everytown.org
anellis@everytown.org

Ryan Gerber
Admitted *pro hac vice*
Laura Keeley

Admitted *pro hac vice*
EVERYTOWN LAW
450 Lexington Avenue
P.O. Box 4184
New York, NY 10017
Telephone: (646) 324-8198
rgerber@everytown.org
lkeeley@everytown.org

*Attorneys for Plaintiffs*