United States Courts
Southern District of Texas
FILED

July 19, 2023

Nathan Ochsner, Clerk of Court

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 19, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20165   Bay Area Unitarian v. Ogg
                  USDC No. 4:20-CV-3081

The court has considered the motion of Perk You Later, L.L.C., Bay Area Unitarian Universalist Church, Drink Houston Better, L.L.C. to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Perk You Later, L.L.C., Bay Area Unitarian Universalist Church, Drink Houston Better, L.L.C. may obtain all ex parte documents *filed on behalf of* Perk You Later, L.L.C., Bay Area Unitarian Universalist Church, Drink Houston Better, L.L.C., and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Ms. Melissa Azadeh
Mr. Moustapha Gassama
Mr. Ryan Gerber
Mr. William S. Helfand
Mr. Donald B. Hightower
Mr. Charles Hamilton Houston III
Ms. Laura Keeley
Ms. Heena Kepadia
Ms. Alla Lefkowitz
Mr. Andrew Lieb Nellis
Mr. Nathan Ochsner
Mr. Justin Carl Pfeiffer
Ms. Charlotte Taylor
Mr. William Roquemore Taylor

# United States Court of Appeals for the Fifth Circuit

No. 23-20165

BAY AREA UNITARIAN UNIVERSALIST CHURCH; DRINK HOUSTON BETTER, L.L.C., *doing business as* ANTIDOTE COFFEE; PERK YOU LATER, L.L.C.,

*Plaintiffs—Appellants,*

*versus*

HARRIS COUNTY DISTRICT ATTORNEY KIM OGG; COUNTY SHERIFF ED GONZALEZ; WEBSTER ACTING CHIEF PETE BACON; CHIEF OF HOUSTON POLICE DEPARTMENT TROY FINNER; CITY OF WEBSTER,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-3081

ORDER:

IT IS ORDERED that Appellants' unopposed motion to view and obtain sealed documents is granted.

/s/ Edith Brown Clement
EDITH BROWN CLEMENT
*United States Circuit Judge*